Hearing Date: July 20, 2011
Hearing Time: 10:30 A.M.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Chung, Soon Ja | § | Case No. 09-33295 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-33295 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | Chung, Soon Ja | | | Date Filed (f) or Converted (c): | 09/08/09 (f) |
| | | | | 341(a) Meeting Date: | 10/21/09 |
| For Period Ending: | 05/16/11 | | | Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence - 3402 Meadow Ln, Glenview | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 180.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. All State Life Insurance Policy | 2,400.00 | 0.00 | | 0.00 | FA |
| pledged to bank; no value to estate; any remaining interest sold to Debtor as part of sale order | | | | | |
| 6. Grace Electrical Corp. 100% shareholder | Unknown | 0.00 | | 0.00 | FA |
| 7. 2400 Acura Tsx sedan | 9,725.00 | 8,000.00 | | 8,000.00 | FA |
| 8. Electrical material and tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.73 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,116,805.00 | $8,000.00 | $8,001.73 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtor for sale of Estate's interest in automobile--car transfered to Debtor's son prior to BK;
Trustee investigated cash value of life insurance policy; and resolved claim issues

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-33295 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Chung, Soon Ja | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6354  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9023 | | | |
| For Period Ending: | 05/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/28/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 5,000.05 |
| 06/15/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 6,000.05 |
| 06/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,000.19 |
| 07/13/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 7,000.19 |
| 07/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 7,000.35 |
| 08/20/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 8,000.35 |
| 08/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,000.54 |
| 09/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.74 |
| 10/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.94 |
| 11/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,001.14 |
| 12/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,001.34 |
| 01/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,001.54 |
| 02/28/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,001.60 |
| 03/16/11 | | Transfer to Acct #*******6852 | Bank Funds Transfer | 9999-000 | | 11.12 | 7,990.48 |
| 03/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,990.55 |
| 04/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,990.61 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-33295 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Chung, Soon Ja | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6354 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9023 | | |
| For Period Ending: | 05/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******6354 | | Balance Forward | 0.00 | | |
| | 4 | Deposits | 8,000.00 | 0 Checks | 0.00 |
| | 12 | Interest Postings | 1.73 | 0 Adjustments Out | 0.00 |
| | | | | 1 Transfers Out | 11.12 |
| | | Subtotal | $ 8,001.73 | | |
| | | | | Total | $ 11.12 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 8,001.73 | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-33295 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Chung, Soon Ja | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6852  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9023 | | |
| For Period Ending: | 05/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6354 | Bank Funds Transfer | 9999-000 | 11.12 | | 11.12 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 11.12 | 0.00 |
| | | 701 Poydras Street  #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

Account *******6852
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| 0 | Deposits | | 0.00 | 1 | Checks | | 11.12 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ | 0.00 | | | | |
| | | | | | Total | $ | 11.12 |
| 0 | Adjustments In | | 0.00 | | | | |
| 1 | Transfers In | | 11.12 | | | | |
| | Total | $ | 11.12 | | | | |

Report Totals
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| 4 | Deposits | | 8,000.00 | 1 | Checks | | 11.12 |
| 12 | Interest Postings | | 1.73 | 0 | Adjustments Out | | 0.00 |
| | | | | 1 | Transfers Out | | 11.12 |
| | Subtotal | $ | 8,001.73 | | | | |
| | | | | | Total | $ | 22.24 |
| 0 | Adjustments In | | 0.00 | | | | |
| 1 | Transfers In | | 11.12 | | | | |
| | Total | $ | 8,012.85 | | Net Total Balance | $ | 7,990.61 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-33295 | | Page 1 | | Date: May 31, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | Chung, Soon Ja | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $0.00 | $1,550.17 | $1,550.17 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $2,623.50 | $2,623.50 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $11.12 | $11.12 |
| 000003B<br>049<br>4300-00 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Secured | (3-1) Modified to correct address (Modified on 5/18/10) | $0.00 | $16,805.00 | $16,805.00 |
| 000001A<br>050<br>4210-00 | The Hartford<br>John E Sebastian<br>Hinshaw & Culbertson<br>222 N LaSalle St. Ste 300<br>Chicago, IL 60601 | Secured | Claim amended 4/27/11-amount claimed as secured $0 | $0.00 | $0.00 | $0.00 |
| 000006B<br>054<br>5400-00 | NECA-IBEW Pension Trust Fund C/O<br>James P. Moody, Cavanagh & O'Hara<br>407 E. Adams, P.O. Box 5043<br>Springfield, IL 62705 | Priority | --re: Union claim for  507a4 benefits; judgment was entered against Debtor individually | $0.00 | $33,869.70 | $33,869.70 |
| 000003C<br>058<br>5800-00 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Priority | (3-1) Modified to correct address (Modified on 5/18/10) | $140,000.00 | $157,016.34 | $157,016.34 |
| 000001B<br>070<br>7100-00 | The Hartford<br>John E Sebastian<br>Hinshaw & Culbertson<br>222 N LaSalle St. Ste 300<br>Chicago, IL 60601 | Unsecured | (1-2) Breach of Indemnity(1-3) Brach of Indemnity(1-4) Breach of Indemnity<br>(1-1) Modified to correct address (Modified on 10/23/09)(1-2) See Statement of Claim<br>Incorrect PDF and amount. Filer Notified to refile(ah)(1-3) See Statement of Claim<br>Incorrect PDF and amount, Filer notified to refile (ah)(1-4) See Statement of Claim | $1,496,076.13 | $6,911,308.47 | $6,911,308.47 |
| 000002<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $49,162.96 | $49,162.96 |
| 000003A<br>070<br>7100-00 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Unsecured | (3-1) Modified to correct address (Modified on 5/18/10) | $0.00 | $46.00 | $46.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-33295 | | Page 2 | | | Date: May 31, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | Chung, Soon Ja | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | (4-1) CREDIT CARD DEBT | $0.00 | $313.82 | $313.82 |
| 000005 070 7100-00 | Foster Bank 5225 North Kedzie Avenue Chicago, IL 60625 | Unsecured | | $0.00 | $772,975.00 | $772,975.00 |
| 000006A 070 7100-00 | NECA-IBEW Pension Trust Fund C/O James P. Moody, Cavanagh & O'Hara 407 E. Adams, P.O. Box 5043 Springfield, IL 62705 | Unsecured | | $0.00 | $14,821.72 | $14,821.72 |
| | Case Totals: | | | $1,636,076.13 | $7,960,503.80 | $7,960,503.80 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-33295
Case Name: Chung, Soon Ja
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | The Hartford | $ | $ | $ | $ |
| 000003B | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                                         $_____

Remaining Balance                                                             $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                        $_____

Remaining Balance                                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003C | Internal Revenue Service | $ | $ | $ |
| 000006B | NECA-IBEW Pension Trust Fund C/O | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | The Hartford | $ | $ | $ |
| 000002 | Illinois Department of Revenue | $ | $ | $ |
| 000003A | Internal Revenue Service | $ | $ | $ |
| 000004 | American Express Bank, FSB | $ | $ | $ |
| 000005 | Foster Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | NECA-IBEW Pension Trust Fund C/O | $ | $ | $ |

  Total to be paid to timely general unsecured creditors    $_____

  Remaining Balance    $_____

  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE