Hearing Date: July 20, 2011
Hearing Time: 10:30 A.M.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Chung, Soon Ja | § | Case No. 09-33295 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

    10:30 a.m.
    on Wednesday, July 20, 2011
    in Courtroom 642 , U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                                                            Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
§
Chung, Soon Ja  §  Case No. 09-33295
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,001.73 |
| and approved disbursements of | $ | 11.12 |
| leaving a balance on hand of[1] | $ | 7,990.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001A | The Hartford | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 16,805.00 | $ 16,805.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 7,990.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,550.17 | $ 0.00 | $ 1,550.17 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 2,623.50 | $ 0.00 | $ 2,623.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties | $ 11.12 | $ 11.12 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,173.67 |
| Remaining Balance | | | $ 3,816.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 190,886.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003C | Internal Revenue Service | $ 157,016.34 | $ 0.00 | $ 0.00 |
| 000006B | NECA-IBEW Pension Trust Fund C/O | $ 33,869.70 | $ 0.00 | $ 3,816.94 |
| Total to be paid to priority creditors | | | | $ 3,816.94 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,748,627.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | The Hartford | $ 6,911,308.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Revenue | $ 49,162.96 | $ 0.00 | $ 0.00 |
| 000003A | Internal Revenue Service | $ 46.00 | $ 0.00 | $ 0.00 |
| 000004 | American Express Bank, FSB | $ 313.82 | $ 0.00 | $ 0.00 |
| 000005 | Foster Bank | $ 772,975.00 | $ 0.00 | $ 0.00 |
| 000006A | NECA-IBEW Pension Trust Fund C/O | $ 14,821.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $       0.00

Remaining Balance                                              $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                        Joseph A. Baldi, Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Document      Page 6 of 6

**Notice Recipients**

| District/Off: 0752−1 | User: lhuley | Date Created: 6/22/2011 |
|---|---|---|
| Case: 09−33295 | Form ID: pdf006 | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Soon Ja Chung | 3402 Meadow Lane | Glenview, IL 60025 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Robert D. Rotman | Rotman &Elovitz, Ltd. | 134 N LaSalle St. Ste 200 | Chicago, IL 60602 |
| 14423169 | American Express | P.O. Box 7863 | Ft. Lauderdale, FL 33329−7815 | |
| 15598671 | American Express Bank, FSB | POB 3001 | Malvern, PA 19355−0701 | |
| 14423170 | C.W. Olson, Co. | Three Continental Towers− 7th Floor | 1701 Golf Rd | Rolling Meadows, IL 60008 |
| 14423171 | Capital One | P.O. Box 30285 | Salt Lake City, UT 84130−0285 | |
| 14423172 | Chase | P.O. Box 260161 | Baton Rouge, LA 19886−5153 | |
| 14423173 | Chitkowski Law Offices | 801 Warrenville Road, Suite 620 | Lisle, IL 60532 | |
| 14423167 | Chung Soon Ja | 3402 Meadow Lane | Glenview, IL 60025 | |
| 14423175 | Foster Bank | 5225 N. Kedzie | Chicago, IL 60625 | |
| 14423174 | Foster Bank | 5225 North Kedzie Avenue | Chicago, IL 60625 | |
| 14423176 | Gomberg, Sharfman, Gold &Ostler, P.C. | 208 South LaSalle Street, Suite 1200 | Chicago, IL 60604 | |
| 14423177 | Gomberg, Sharfman, Gold And Ostler, P.C. | 208 S. LaSalle Street, Suite 1410 | Chicago, IL 60604 | |
| 14423178 | Henry Bros Construction | 9871 S. 76th Ave | Hickory Hills, IL 60457 | |
| 14423179 | Hinshaw &Culberson LLP | 222 N. LaSallle Street Suite 300 | Chicago, IL 60601 | |
| 14423180 | Illinois Department Of Revenue | P.O. Box 19035 | Springfield, IL 62794 | |
| 15522925 | Illinois Department of Revenue | Bankruptcy Section | P.O. Box 64338 | Chicago, IL 60664−0338 |
| 14423181 | Internal Revenue Service | POB 21126 | Philadelphia, PA 19114 | |
| 14423182 | Mount Prospect's Northwest Elec. Supply | C/O Stone, Pogrund &Korey, LLC | One East Wacker Drive, Suite. 2610 | Chicago, IL 60601 |
| 14423183 | NECA−IBEW Pension Trust Fund C/O | James P. Moody, Cavanagh &O'Hara | 407 E. Adams, P.O. Box 5043 | Springfield, IL 62705 |
| 14423184 | Northfield Township High School Dist 225 | 1835 Landwehr Rd. | Glenview, IL 60026 | |
| 14423185 | Poulos, Inc. | 735 S. Laramie Ave | Chicago, IL 60044 | |
| 14423168 | Rotman &Elovitz Ltd | 180 NLaSalle Suite 2101 | Chicago, IL 60601 | |
| 14423186 | Stein, Ray &Harris, Esq. | 222 West Adams Suite 1800 | Chicago, IL 60606 | |
| 14423187 | The Hartford | John E Sebastian | Hinshaw &Culbertson | 222 N LaSalle St. Ste 300 Chicago, IL 60601 |
| 14423188 | U.S. Bank | P.O. Box 790408 | St. Louis, MO 63179 | |
| 14423189 | William T. Divane, Jr. Et. Al As Elect. | Insurance Trustees C/O David R. Shannon | 111 W. Washington, Suite 1900 | Chicago, IL 60602 |

TOTAL: 30