Hearing Date: July 20, 2011
Hearing Time: 10:30 A.M.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Chung, Soon Ja | § | Case No. 09-33295 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on Wednesday, July 20, 2011
        in Courtroom 642 , U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner
                                                                         Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Chung, Soon Ja § Case No. 09-33295
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,001.73 |
| and approved disbursements of | $ | 11.12 |
| leaving a balance on hand of[1] | $ | 7,990.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001A | The Hartford | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 16,805.00 | $ 16,805.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 7,990.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,550.17 | $ 0.00 | $ 1,550.17 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 2,623.50 | $ 0.00 | $ 2,623.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties | $ 11.12 | $ 11.12 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,173.67 |
| Remaining Balance | | $ | 3,816.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 190,886.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003C | Internal Revenue Service | $ 157,016.34 | $ 0.00 | $ 0.00 |
| 000006B | NECA-IBEW Pension Trust Fund C/O | $ 33,869.70 | $ 0.00 | $ 3,816.94 |
| | Total to be paid to priority creditors | | $ | 3,816.94 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,748,627.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | The Hartford | $ 6,911,308.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Illinois Department of Revenue | $ 49,162.96 | $ 0.00 | $ 0.00 |
| 000003A | Internal Revenue Service | $ 46.00 | $ 0.00 | $ 0.00 |
| 000004 | American Express Bank, FSB | $ 313.82 | $ 0.00 | $ 0.00 |
| 000005 | Foster Bank | $ 772,975.00 | $ 0.00 | $ 0.00 |
| 000006A | NECA-IBEW Pension Trust Fund C/O | $ 14,821.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−1 | User: lhuley | Date Created: 6/22/2011 |
| Case: 09−33295 | Form ID: pdf006 | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Soon Ja Chung | 3402 Meadow Lane | Glenview, IL 60025 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Robert D. Rotman | Rotman &Elovitz, Ltd. | 134 N LaSalle St. Ste 200 | Chicago, IL 60602 |
| 14423169 | American Express | P.O. Box 7863 | Ft. Lauderdale, FL 33329−7815 | |
| 15598671 | American Express Bank, FSB | POB 3001 | Malvern, PA 19355−0701 | |
| 14423170 | C.W. Olson, Co. | Three Continental Towers− 7th Floor | 1701 Golf Rd | Rolling Meadows, IL 60008 |
| 14423171 | Capital One | P.O. Box 30285 | Salt Lake City, UT 84130−0285 | |
| 14423172 | Chase | P.O. Box 260161 | Baton Rouge, LA 19886−5153 | |
| 14423173 | Chitkowski Law Offices | 801 Warrenville Road, Suite 620 | Lisle, IL 60532 | |
| 14423167 | Chung Soon Ja | 3402 Meadow Lane | Glenview, IL 60025 | |
| 14423175 | Foster Bank | 5225 N. Kedzie | Chicago, IL 60625 | |
| 14423174 | Foster Bank | 5225 North Kedzie Avenue | Chicago, IL 60625 | |
| 14423176 | Gomberg, Sharfman, Gold &Ostler, P.C. | 208 South LaSalle Street, Suite 1200 | Chicago, IL 60604 | |
| 14423177 | Gomberg, Sharfman, Gold And Ostler, P.C. | 208 S. LaSalle Street, Suite 1410 | Chicago, IL 60604 | |
| 14423178 | Henry Bros Construction | 9871 S. 76th Ave | Hickory Hills, IL 60457 | |
| 14423179 | Hinshaw &Culberson LLP | 222 N. LaSallle Street Suite 300 | Chicago, IL 60601 | |
| 14423180 | Illinois Department Of Revenue | P.O. Box 19035 | Springfield, IL 62794 | |
| 15522925 | Illinois Department of Revenue | Bankruptcy Section | P.O. Box 64338 | Chicago, IL 60664−0338 |
| 14423181 | Internal Revenue Service | POB 21126 | Philadelphia, PA 19114 | |
| 14423182 | Mount Prospect's Northwest Elec. Supply | C/O Stone, Pogrund &Korey, LLC | One East Wacker Drive, Suite. 2610 | Chicago, IL 60601 |
| 14423183 | NECA−IBEW Pension Trust Fund C/O | James P. Moody, Cavanagh &O'Hara | 407 E. Adams, P.O. Box 5043 | Springfield, IL 62705 |
| 14423184 | Northfield Township High School Dist 225 | 1835 Landwehr Rd. | Glenview, IL 60026 | |
| 14423185 | Poulos, Inc. | 735 S. Laramie Ave | Chicago, IL 60044 | |
| 14423168 | Rotman &Elovitz Ltd | 180 NLaSalle Suite 2101 | Chicago, IL 60601 | |
| 14423186 | Stein, Ray &Harris, Esq. | 222 West Adams Suite 1800 | Chicago, IL 60606 | |
| 14423187 | The Hartford | John E Sebastian   Hinshaw &Culbertson | 222 N LaSalle St. Ste 300 | Chicago, IL 60601 |
| 14423188 | U.S. Bank | P.O. Box 790408 | St. Louis, MO 63179 | |
| 14423189 | William T. Divane, Jr. Et. Al As Elect. | Insurance Trustees C/O David R. Shannon | 111 W. Washington, Suite 1900 | Chicago, IL 60602 |

TOTAL: 30

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-33295-SPS
Soon Ja Chung  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: soday7     Page 1 of 2     Date Rcvd: Jun 27, 2011
                    Form ID: pdf006    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2011.

```
db          +Soon Ja Chung,    3402 Meadow Lane,    Glenview, IL 60025-3932
aty         +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Robert D. Rotman,    Rotman & Elovitz, Ltd.,    134 N LaSalle St. Ste 200,    Chicago, IL 60602-1056
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
14423169     American Express,    P.O. Box 7863,    Ft. Lauderdale, FL  33329-7815
15598671     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14423170    +C.W. Olson, Co.,    Three Continental Towers- 7th Floor,    1701 Golf Rd,
              Rolling Meadows, IL 60008-4227
14423171     Capital One,    P.O. Box 30285,    Salt Lake City, UT  84130-0285
14423172    +Chase,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
14423173    +Chitkowski Law Offices,    801 Warrenville Road, Suite 620,    Lisle, IL 60532-4348
14423167    +Chung Soon Ja,    3402 Meadow Lane,    Glenview, IL 60025-3932
14423175    +Foster Bank,    5225 N. Kedzie,    Chicago, IL 60625-4755
14423174    +Foster Bank,    5225 North Kedzie Avenue,    Chicago, IL 60625-4755
14423176    +Gomberg, Sharfman, Gold & Ostler, P.C.,    208 South LaSalle Street, Suite 1200,
              Chicago, IL 60604-1032
14423177    +Gomberg, Sharfman, Gold And Ostler, P.C.,    208 S. LaSalle Street, Suite 1410,
              Chicago, IL 60604-1071
14423178     Henry Bros Construction,    9871 S. 76th Ave,    Hickory Hills, IL  60457
14423179    +Hinshaw & Culberson LLP,    222 N. LaSallle Street Suite 300,    Chicago, IL 60601-1081
14423181   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    POB 21126,    Philadelphia, PA 19114)
14423180    +Illinois Department Of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
15522925     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14423182    +Mount Prospect's Northwest Elec. Supply,    C/O Stone, Pogrund & Korey, LLC,
              One East Wacker Drive, Suite. 2610,    Chicago, IL 60601-2001
14423183    +NECA-IBEW Pension Trust Fund C/O,    James P. Moody, Cavanagh & O'Hara,
              407 E. Adams, P.O. Box 5043,    Springfield, IL 62705-5043
14423184    +Northfield Township High School Dist 225,    1835 Landwehr Rd.,    Glenview, IL 60026-1241
14423185    +Poulos, Inc.,    735  S. Laramie Ave,    Chicago, IL 60644-5224
14423168    +Rotman & Elovitz Ltd,    180 NLaSalle Suite 2101,    Chicago, IL 60601-2701
14423186    +Stein, Ray & Harris, Esq.,    222 West Adams Suite 1800,    Chicago, IL 60606-5305
14423187    +The Hartford,    John E Sebastian,    Hinshaw & Culbertson,    222 N LaSalle St. Ste 300,
              Chicago, IL 60601-1081
14423188   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 790408,    St. Louis, MO  63179)
14423189    +William T. Divane, Jr. Et. Al As Elect.,    Insurance Trustees C/O David R. Shannon,
              111 W. Washington, Suite 1900,    Chicago, IL 60602-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
```
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: soday7              Page 2 of 2              Date Rcvd: Jun 27, 2011
                               Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**                          **Signature:**    *Joseph Speetjens*