UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Chung, Soon Ja § Case No. 09-33295
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Foster Bank |  |  |  |  |  |
|  | Foster Bank |  |  |  |  |  |
|  | Foster Bank |  |  |  |  |  |
| 000001A | THE HARTFORD |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR | | | | | |
| | IRS | | | | | |
| 000006B | NECA-IBEW PENSION TRUST FUND C/O | | | | | |
| 000003C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmEx | | | | | |
| | C.W. Olson Co. | | | | | |
| | Capital One | | | | | |
| | Chase | | | | | |
| | Chitowski Law Office | | | | | |
| | Mt. Prospect Northwst Elect. Supply | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NECA - IBEW Pension Trust Fund | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | FOSTER BANK | | | | | |
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| 000006A | NECA-IBEW PENSION TRUST FUND C/O | | | | | |
| 000001B | THE HARTFORD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 09-33295 Doc 60 Filed 10/20/11 Entered 10/20/11 09:28:16 Desc Main
Document Page 7 of 11

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-33295 | SPS | Judge: Susan Pierson Sonderby | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Chung, Soon Ja | | | | Date Filed (f) or Converted (c): | 09/08/09 (f) |
| | | | | | 341(a) Meeting Date: | 10/21/09 |
| For Period Ending: | 09/28/11 | | | | Claims Bar Date: | 07/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence - 3402 Meadow Ln, Glenview | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 180.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. All State Life Insurance Policy | 2,400.00 | 0.00 | | 0.00 | FA |
| pledged to bank; no value to estate; any remaining interest sold to Debtor as part of sale order | | | | | |
| 6. Grace Electrical Corp. 100% shareholder | Unknown | 0.00 | | 0.00 | FA |
| 7. 2400 Acura Tsx sedan | 9,725.00 | 8,000.00 | | 8,000.00 | FA |
| 8. Electrical material and tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.92 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,116,805.00 | $8,000.00 | | $8,001.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtor for sale of Estate's interest in automobile--car transfered to Debtor's son prior to BK;
Trustee investigated cash value of life insurance policy; and resolved claim issues; TFR filed

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-33295 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Chung, Soon Ja | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6354 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9023 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/17/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 5,000.00 | | | | | 5,000.00 |
| 05/28/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.05 | | | | 5,000.05 |
| 06/15/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1,000.00 | | | | | 6,000.05 |
| 06/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.14 | | | | 6,000.19 |
| 07/13/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1,000.00 | | | | | 7,000.19 |
| 07/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 7,000.35 |
| 08/20/10 | 7 | Soon Ja Chung c/o Ye Rak Chung 3402 Meadow Lane Glenview IL 60025 | SALE PROCEEDS: VEHICLES | 1,000.00 | | | | | 8,000.35 |
| 08/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.19 | | | | 8,000.54 |
| 09/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.20 | | | | 8,000.74 |
| 10/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.20 | | | | 8,000.94 |
| 11/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.20 | | | | 8,001.14 |
| 12/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.20 | | | | 8,001.34 |
| 01/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.030 | | 0.20 | | | | 8,001.54 |
| 02/28/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 8,001.60 |
| 03/16/11 | | Transfer to Acct #*******6852 | Bank Funds Transfer | | | | | -11.12 | 7,990.48 |
| 03/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,990.55 |
| 04/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,990.61 |
| 05/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,990.68 |
| 06/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,990.75 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-33295 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Chung, Soon Ja | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6354  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9023 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 07/25/11 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.05 | | | | 7,990.80 |
| 07/25/11 | | Transfer to Acct #*******6852 | Final Posting Transfer For Final Distribution | | | | | -7,990.80 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******6354 | | Balance Forward | 0.00 | | | |
| | 4 | Deposits | 8,000.00 | 0 Checks | | 0.00 |
| | 15 | Interest Postings | 1.92 | 0 Adjustments Out | | 0.00 |
| | | | | 2 Transfers Out | | 8,001.92 |
| | | Subtotal | $ 8,001.92 | | | |
| | | | | Total | $ | 8,001.92 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,001.92 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33295 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Chung, Soon Ja | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6852 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9023 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6354 | Bank Funds Transfer | | | | | 11.12 | 11.12 |
| 03/16/11 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium | | | 11.12 | | | 0.00 |
| 07/25/11 | | Transfer from Acct #*******6354 | Transfer In From MMA Account For Final Distribution | | | | | 7,990.80 | 7,990.80 |
| 07/25/11 | 001002 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | | | 1,550.17 | | | 6,440.63 |
| 07/25/11 | 001003 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 2,623.50 | | | 3,817.13 |
| 07/25/11 | 001004 | NECA-IBEW Pension Trust Fund C/O James P. Moody, Cavanagh & O'Hara 407 E. Adams, P.O. Box 5043 Springfield, IL 62705 | Claim 000006B, Payment 11.27% | | | 3,817.13 | | | 0.00 |

| Account *******6852 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 4 | Checks | 8,001.92 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 8,001.92 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 8,001.92 | | | |
| | | Total | $ 8,001.92 | | | |

LFORM2XT

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-33295 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Chung, Soon Ja | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6852 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9023 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 4 | Deposits | 8,000.00 | 4 Checks | 8,001.92 |
| | 15 | Interest Postings | 1.92 | 0 Adjustments Out | 0.00 |
| | | | | 2 Transfers Out | 8,001.92 |
| | | Subtotal | $ 8,001.92 | | |
| | | | | Total | $ 16,003.84 |
| | 0 | Adjustments In | 0.00 | | |
| | 2 | Transfers In | 8,001.92 | | |
| | | Total | $ 16,003.84 | Net Total Balance | $ 0.00 |